UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

PAUL ALEXANDER, individually &
on behalf of all similarly situated,

    Plaintiff(s),

                                  Case Number 3:17-cv-46-GFVT

v.

EVANS CONSTRUCTION CO., INC.

    Defendant.
_____/

## Notice of Dismissal

The named Plaintiff, Paul Alexander, pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., dismisses his action with prejudice.

Respectfully submitted this 27th day of July 2017,

                                  /s/ *Bernard R. Mazaheri*
                                  Bernard R. Mazaheri
                                  Morgan & Morgan
                                  333 W Vine St Ste 1200
                                  Lexington, Kentucky 40507
                                  Tel – (859)286-8368
                                  Email – bmazaheri@forthepeople.com