UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| PAUL ALEXANDER, individually & on behalf of all similarly situated, ) ) ) Plaintiff(s), ) ) v. ) ) EVANS CONSTRUCTION CO., INC., ) ) Defendant. ) | Civil No. 3:17-cv-46-GFVT **ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to the Notice of Dismissal filed by Plaintiff Paul Alexander on July 27, 2017, the Court hereby **ORDERS** as follows:

1. Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(i); and

2. This matter is **CLOSED** and **STRICKEN** from the Court's active docket.

This the 7th day of August, 2017.



Gregory F. Van Tatenhove
United States District Judge